■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO THOMAS, Appellant. [18 NYS3d 867]—Judgment, Supreme Court, Bronx County (Ann Donnelly, J.), rendered August 30, 2012, convicting defendant, upon his plea of guilty, of attempted second-degree robbery, and sentencing him to an aggregate term of three years of incarceration along with three-years postrelease supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Saxe, Richter and Gische, JJ.